**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL RAFAEL ROMERO GUILLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-10-CMS |
| | ) | |
| WARDEN ANDREW JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

Petitioner Angel Rafael Romero Guillen filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither filed a motion for leave to proceed *in forma pauperis* nor paid the $5.00 filing fee. Local Rule 2.01(B)(1) authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." As such, the Court will allow Petitioner thirty (30) days to either pay the full filing fee or file a motion to proceed *in forma pauperis*. His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's 'Motion to Proceed *in forma pauperis* and Affidavit in Support – Habeas Cases' form.

**IT IS FURTHER ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis*, within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 29th day of January 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE